UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Linda I. Randall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Docket No. 03-135-B-C |
| | ) |
| United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
ANY EVIDENCE OF DEFENDANT'S RIGHT TO A SET-OFF**

Before the Court is the Plaintiff's Motion in Limine to Exclude any Evidence of Defendant's Right to a Set-off (Docket Item No. 68). After full consideration of the written submissions on the Motion and in light of this Court's action of this date on Plaintiff's Motion for Reconsideration of the Order Granting Defendant's Motion to Amend Answer (Docket Item No. 69), the Court **ORDERS** that the said Motion be, and it is hereby, **DENIED** on the stated basis for the action sought by the Motion, and the Court **RESERVES** decision on the admissibility of any of the subject evidence to the time of trial and the offer of any such evidence at trial, counsel to be prepared to discuss the applicability of the Collateral Source Rule to bar the admissibility of any such evidence.

It is hereby **ORDERED** that Defendant's counsel, before offering or referring any such evidence in the presence of the jury, give notice to the Court and opposing counsel outside the presence of the jury of its intention to do so and afford the Court the

opportunity to hear counsel on any objection then made and to rule thereon before exposure of the jury to any such evidence.

                                              /s/Gene Carter_____
                                              Gene Carter
                                              Senior U.S. District Court Judge

Dated at Portland, Maine this 13th day of July, 2005.