UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Linda I. Randall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Docket No. 03-135-B-C |
| | ) |
| United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF
ORDER GRANTING THE DEFENDANT'S MOTION TO AMEND ANSWER**

Before the Court is the Plaintiff's Motion for Reconsideration of Order Granting the Defendant's Motion to Amend Answer (Docket Item No. 69). After full consideration of the written submissions on the Motion, it is hereby **ORDERED** that on **RECONSIDERATION** the said Motion be, and it is hereby, **GRANTED**, and the Magistrate's Order is **VACATED**, Plaintiff's objection to Defendant's Motion to Amend its Answer to be treated as timely filed.

**SO ORDERED.**

/s/Gene Carter
Gene Carter
Senior U.S. District Court Judge

Dated at Portland, Maine this 13th day of July, 2005.