UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Linda I. Randall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Docket No. 03-135-B-C |
| | ) |
| United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF WITNESSES NOT PREVIOUSLY IDENTIFIED BY DEFENDANT**

Before the Court is the Plaintiff's Motion in Limine to Exclude Testimony of Witnesses not Previously Identified by Defendant (Docket Item No. 66). After full consideration of the written submissions, it is hereby **ORDERED** that the said Motion be **DENIED**, the Court **FINDING** that there is substantial and satisfactory compliance with respect to Defendant's discovery obligations in respect to the subject witnesses (except for the witnesses Vierra and Belheumer) and that no prejudice has been caused to Plaintiff arising out of the performance of those obligations. The Court **RESERVES** decision as to the admissibility of any testimony by the witnesses, Vierra and Belheumer, to the time of trial if such testimony is offered at trial.

/s/Gene Carter
Gene Carter
Senior U.S. District Court Judge

Dated at Portland, Maine this 13th day of July, 2005.